HENRY CAPLAN, as Trustee in Bankruptcy of the Estate of MARIA S. CLOS, Bankrupt, Appellant, v. MISSIONARY SISTERS OF THE THIRD ORDER OF ST. FRANCIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALEXANDER LECAKES, an Infant, by NICHOLAS LECAKES, His Guardian ad Litem, Respondent, v. STEVENSON REFRIGERATING & STORAGE Co., INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents.

NICHOLAS LECAKES, Respondent, v. STEVENSON REFRIGERATING & STORAGE Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents.

EDUCATIONAL FILMS CORPORATION OF AMERICA, Appellant, v. INTERNATIONAL FILM SERVICE CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHICLE DEVELOPMENT COMPANY, INC., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEDFORD ESTATES, INC., Respondent, v. EMANUEL A. STERN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THOENS & FLAUNLACHER, INC., Respondent, v. BOLOGOLD GARAGE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEON W. RUBIEN, Respondent, v. CHARLES G. A. LOHMAN, Appellant. (Action No. 1.) — Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEON W. RUBIEN and Another, Respondents, v. CHARLES G. A. LOHMAN, Appellant. (Action No. 2.) — Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO MARINO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O Malley and Proskauer, JJ.

ABRAHAM SELIGMAN, Respondent, v. BENJAMIN PADWEE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE NATIONAL SUPPLY COMPANY OF TEXAS, Respondent, v. JOHN WEILEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AUGUSTA LANDES, Respondent, v. LEONARD LANDES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.